# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
§
Joseph W Middleton § Case No. 13-29372
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on March 27, 2014 in courtroom 682 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Deborah M. Gutfeld
                                      Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Joseph W Middleton § Case No. 13-29372
 §
_____Debtor(s)_____ §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,000.00 |
| Remaining Balance | | | $ 3,000.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 177,089.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Associated Bank | $ 99,581.48 | $ 0.00 | $ 1,686.97 |
| 2 | Chapter 7 Trustee David Leibowitz | $ 49,000.00 | $ 0.00 | $ 830.09 |
| 3 | American Education Services | $ 14,548.73 | $ 0.00 | $ 246.46 |
| 4 | Ecast Settlement Corporation, Assignee | $ 13,958.99 | $ 0.00 | $ 236.48 |

Total to be paid to timely general unsecured creditors     $     3,000.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-29372-JBS
Joseph W Middleton                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: mmyers              Page 1 of 1              Date Rcvd: Feb 18, 2014
                               Form ID: pdf006          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2014.
db         +Joseph W Middleton,    1307 S Wabash, Apt. 402,    Chicago, IL 60605-2622
20763505   +American Education Services,    Po Box 2461,    Harrisburg, PA 17105-2461
20763506  +++Associated Bank NA,    330 E Kilbourn Avenue Ste 200,    Milwaukee, WI 53202-3140
21063593   +Barack Ferrazzano et al,     attn: William J Barrett esq,    200 W Madison Street Ste 3900,
             Chicago, IL 60606-3459
21283475   +Brazos/US Bank Natnl,    American Education Services,    PO Box 8183,    Harrisburg, PA 17105-8183
20763507   +Chuhak & Tecson, P.C.,    Attn: Kevin Purtill, Esq.,    30 S Wacker Suite 2600,
             Chicago, IL 60606-7512
21063594   +David Leibowitz Chapter 7 Trustee,    Estate of McDonough Assoc,    420 Clayton Street,
             Waukegan, IL 60085-4216
21142245   +David Leibowitz, Chapter 7 Trustee,    Estate of McDonough Associates, Inc.,
             c/o Barack Ferrazzano Kirschbaum,    200 W. Madison St., Suite 3900,    Chicago, IL 60606-3459
20763508   +JP Morgan Chase,    Po Box 15298,   Wilmington, DE 19850-5298
20763509   +PNC Bank, N.A.,    Po Box 3180,   Pittsburgh, PA 15230-3180
20763510   +PNC Mortgage,    3232 Nemark Dr,    Miamisburg, OH 45342-5433
21309809    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2014                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2014 at the address(es) listed below:
              Deborah Michelle Gutfeld    on behalf of Trustee Deborah Michelle Gutfeld
               gutfeldch7@perkinscoie.com,  dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter L Berk    on behalf of Debtor Joseph W Middleton plberk@berklegal.com
                                                                                             TOTAL: 4